UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHIRLEY MARIE BERRY
AKA: SHIRLEY BERRY, SHIRLEY M.
BERRY

CHAPTER 13

    Debtor(s)

CASE NO: 5-22-02358-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant
vs.
SHIRLEY MARIE BERRY
AKA: SHIRLEY BERRY, SHIRLEY M.
BERRY

    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 6, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on December 7, 2022.

2. A hearing was held and an Order was entered on February 16, 2023 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    /s/ Agatha R. McHale, Esquire
    Id: 47613
    Attorney for Movant
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: 717-566-6097
    email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHIRLEY MARIE BERRY
AKA: SHIRLEY BERRY, SHIRLEY M. BERRY

    Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant      CASE NO: 5-22-02358-MJC

SHIRLEY MARIE BERRY
AKA: SHIRLEY BERRY, SHIRLEY M. BERRY

    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court | Date: March 30, 2023 |
| Max Rosenn U.S. Courthouse | |
| Courtroom #2 | Time: 10:00 AM |
| 197 S. Main Street | |
| Wilkes Barre, PA | |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: March 6, 2023

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | SHIRLEY MARIE BERRY<br>AKA: SHIRLEY BERRY, SHIRLEY M. BERRY | CHAPTER 13 |
| | Debtor(s) | |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE | CASE NO: 5-22-02358-MJC |
| | Movant | |
| | vs. | |
| | SHIRLEY MARIE BERRY<br>AKA: SHIRLEY BERRY, SHIRLEY M. BERRY | |
| | Respondent(s) | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 6, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURGPA18360-0511

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

Served by 1st Class Mail
SHIRLEY MARIE BERRY
104 Laurel Acres Rd
Milford, PA   18337

I certify under penalty of perjury that the foregoing is true and correct.

Date:   March 6, 2023                    /s/ Vickie Williams
                                         Office of Standing Chapter 13 Trustee
                                         Jack N. Zaharopoulos
                                         Suite A, 8125 Adams Dr.
                                         Hummelstown, PA   17036
                                         Phone:   (717) 566-6097
                                         email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHIRLEY MARIE BERRY
AKA: SHIRLEY BERRY, SHIRLEY M. BERRY

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-22-02358-MJC

SHIRLEY MARIE BERRY
AKA: SHIRLEY BERRY, SHIRLEY M. BERRY

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.